NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN LAMARK CUFFIE,                )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-2829
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____ )

Opinion filed June 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge

Brian Lamark Cuffie, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.